PROB 12A
(9/17)

# United States District Court
## for the
## Western District of Tennessee
## Report on Offender Under Supervision

Name of Offender:  Shane Sonderman                    Docket No. 0651 2:20CR20090-001

Name of Sentencing Judicial Officer: The Honorable Mark S. Norris, United States District Judge

Case Reassigned on June 25, 2025: The Honorable John T. Fowlkes, Jr., United States District Judge

Case Reassigned on May 13, 2026: The Honorable Sheryl H. Lipman, Chief United States District Judge

Date of Original Sentence:  07/21/2021                    Type of Supervision:  Supervised Release

Original Offense:   Conspiracy to Engage in Using the Internet     Date Supervision Commenced:  08/20/2024
to Make False Reports, Send Threatening     Date Supervision Revoked: 08/28/2025
and/or Harassing Messages, and Perpetrate     Date Supervision Recommenced: 01/15/2026
Hoaxes (18 U.S.C. § 371)

Original Sentence:  60 Months Prison; 3 years TSR                    Date Supervision Expires:  08/19/2027

---

## SUMMARY

On May 11, 2026, bomb threats were called in to approximately 14 schools throughout Tennessee. Many of the voice-over calls identified the threat as coming from Shane Sonderman. Multiple law enforcement agencies responded to the threats and determined the calls were hoaxes. On the same date, Mr. Sonderman gave verbal consent for his residence to be searched by the Jackson, Tennessee Police Department. No contraband was found during the search. Mr. Sonderman denies making the threats. Mr. Sonderman is participating in the computer and internet monitoring program through the probation office. At the time of the threats, the monitoring software on Mr. Sonderman's smartphone was not functioning properly due to his cellular phone bill not being paid.

On May 13, 2026, this officer searched Mr. Sonderman's smartphone and did not find anything of significance. Mr. Sonderman has paid his cellular phone bill, and the monitoring software is functioning properly. Law enforcement continues to investigate the origin of the bomb threats.  It is recommended that the court take no action at this time.

Respectfully submitted,

*s/    Maggie Bible*

U.S. Probation Officer

**Prob 12A**
**RE: Shane Sonderman**
**2:20CR20090-001**

Approved:

<u>s/Anthony Longman</u>                              <u>May 19, 2026</u>

  Supervising U.S. Probation Officer              Date

---

## THE COURT ORDERS:

☒  No additional action at this time
☐  Submit a request for modifying the condition or term of supervision
☐  Submit a request for warrant or summons
☐  The Offender be released from supervision
☐  Other:

                                        s/ Sheryl H. Lipman

                                        _____

                                        Signature of Judicial Officer

                                        Date___5/26/2026